# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. MJ-25-** 48 **-GF-JTJ** |
| **V.** | |
| **Rene Lopez-Sanchez** | |

## AFFIDAVIT OF DAVID ENTROT
## IN SUPPORT OF A CRIMINAL COMPLAINT
## STATEMENT OF PROBABLE CAUSE

I, Border Patrol Agent David Entrot, declare under penalty of perjury that the following is true and correct.

1.  I am a Border Patrol Agent. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2.  Rene Lopez-Sanchez, hereafter "Defendant," is a 42 year-old alien unlawfully in the United States. Defendant is a citizen of Nicaragua.

1

3.    Defendant was advised of his constitutional rights. Defendant freely and willingly acknowledged his rights and agreed to provide a statement under oath.

4.    Defendant stated he had been in the United States since 2023. Defendant claimed to have entered illegally through Texas.

5.    Pursuant to Title 8, United States Code (U.S.C.) Section 1302(a), aliens, who are 14 years or older and unlawfully present in the United States without visas or status, are required to apply for registration and to be fingerprinted if they have been in the United States 30 or more days.

6.    On April 24, 2025, your affiant checked all databases and confirmed Defendant has never registered or filed any immigration paperwork.

7.    In Defendant's written statement provided under oath after he was read his Miranda rights, he acknowledged the following:

   a.    He does not have a visa or other immigration paperwork to lawfully enter the United States.

   b.    He knew he needed legal documentation from the United States to enter, and he has not filed paperwork with United States immigration service for legal status or permission to be in the United States.

   c.    He had not registered his presence or entry to the United States with immigration service or other United States government agency.

2

8.  For these reasons, this affiant submits that there is probable cause to believe that beginning on or about September 17, 2023, through April 24, 2025, that Defendant, an alien, who is required to register and be fingerprinted pursuant to Title 8 U.S.C. 1302(a), willfully failed to do so, in violation of Title 8, U.S.C. Section 1306(a).

9.  This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, U.S.C., Section 1306(a).

_____
David Entrot, Border Patrol Agent
United States Border Patrol


Sworn to telephonically on April 25, 2025.

_____
Hon. John T. Johnston
United States Magistrate Judge